*Ordered to Be Published December 10, 1985:*

PROPOSED RULES OF CRIMINAL PROCEDURE. On order of the Court, the time for comment on the proposed Rules of Criminal Procedure previously set to expire on January 9, 1986, is extended until April 9, 1986.

*Leave to Appeal From Attorney Discipline Board Denied December 18, 1985:*

GRIEVANCE ADMINISTRATOR v KAPLAN, No. 77366.

*Rehearing Denied December 20, 1985:*

PEOPLE v BOYD, No. 68636. Reported at 422 Mich 500.

*Rehearings Denied December 30, 1985:*

CHAMBERS v GENERAL MOTORS CORPORATION and GOMEZ v GENERAL MOTORS CORPORATION, Nos. 71719, 71921. Reported at 422 Mich 636.

CAVANAGH, J., joined by WILLIAMS, C.J., states:

We concur in the denial of rehearing. We do so separately only to note that this denial intimates no opinion as to the applicability of MCL 418.833(2); MSA 17.237(833)(2) to attempt to recoup overpayments pursuant to MCL 418.354(9); MSA 17.237(354)(9).

BOYLE, J. (*dissenting*.)

I would grant rehearing. As the author of this opinion, I am acutely aware of the hardships apparently caused by the position that the decision of this Court authorizes recoupment of all "overpayments" occurring after March 31, 1982.

Whether this position is legally correct is not, itself, the subject of a lawsuit currently before this Court. Parties representing the competing interests have not had their day in court on the issue. Since we do not know what arguments these interests might advance, we cannot anticipate what the result of that lawsuit might be.

However, when a decision has such harsh and unforeseen consequences, inclinations to criticize the Legislature, to support the finality of litigation, to avoid not only the admission of error but the possibility that admission of error will be seen as yielding to political pressure, are subordinated to the ultimate question: Did the Court correctly discern the intent of the Legislature?

Since I am convinced that we cannot confidently give an affirmative answer to that question, I believe we should grant reconsideration. I